IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:02-CV-292-H (3)

FILED

MAR 03 2003

DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC
BY_____DEP. CLERK

ELAINE L. CHAO, Secretary of Labor, )
United States Department of Labor, )
                                  )
                           Plaintiff, )
                                  )
           v.                       )
                                  )
FAYETTEVILLE AREA LOCAL 984, )
AMERICAN POSTAL WORKERS UNION, )
                                  )
                     Defendant.      )

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, by and through her attorneys hereby submits this response to Defendant's motion and moves this Court for summary judgment in the above-entitled action. This motion is brought on the grounds that there is no genuine issue as to any material fact and plaintiff is entitled to judgment as a matter of law pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In support of this motion, plaintiff attaches to the Memorandum in support of this Motion, a Statement of Undisputed Material Facts; Declaration of Robert A. Hayes in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion

for Summary Judgment; Declaration of Kermit K. Perkins in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment; and certain exhibits marked "A" through and including "E" in support of Plaintiff's Cross-Motion.

Plaintiff incorporates herein by reference certain of Defendant's Exhibits in Support of her Cross-Motion for Summary Judgment.

Respectfully submitted, this 3rd day of March 2003.

HOWARD M. RADZELY
Acting Solicitor of Labor
General

CAROL A. DE DEO
Associate Solicitor

DENNIS A. PAQUETTE
Counsel for Litigation

JAYLYNN K. FORTNEY
Regional Solicitor

MILLARD P. DARDEN, JR.
Trial Attorney

U.S. Department of Labor
Of Counsel

ROBERT McCALLUM
Assistant Attorney

FRANK D. WHITNEY
United States Attorney

BY: _____
R.A. RENFER, JR
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800 Federal
 Building
Raleigh, NC 27601-1461
(919) 856-4287
(919) 856-4821 Fax

## CERTIFICATE OF SERVICE

I do hereby certify that I have this *3rd* day of March, 2003, served a copy of the foregoing by placing a copy of the same in the U.S. Mails, addressed as follows:

M. Travis Payne
Attorney at Law
P. O. Box 28186
Raleigh, NC 27611.

_____
Assistant United States Attorney
Civil Division