# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF_____NORTH CAROLINA_____

FILED
JUN 1 2 2003
DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. N. CAROLINA

ELAINE L. CHAO, Secretary
of United States Department
of Labor,

        Plaintiff,

    v.

FAYETTEVILLE ARE LOCAL 984,
AMERICAN POSTAL WORKERS
UNION,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NO: 5:02-CV-292-H3

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED defendant's motion for summary judgment is granted. Plaintiff shall have and recover nothing of the defendant and this case is closed.

SO ORDERED - s/Malcolm J. Howard, United States District Judge

**This Judgment filed and entered on June 12, 2003 and copies mailed to:**

R.A. Renfer, Jr.
Assistant U.S. Attorney
310 New Bern Avenue
Suite 800
Raleigh, NC 27601-1461

M. Travis Payne
Attorney at Law
PO Box 28186
Raleigh, NC 27611

June 12, 2003
Date

DAVID W. DANIEL
Clerk

(By) Deputy Clerk